J. MAXWELL FASSETT, Respondent, v. VALLEY FEED & SUPPLY CO., INC., Appellant.— Defendant appeals from an order denying its motion to dismiss the complaint because of plaintiff's unreasonable neglect to prosecute the action. Order reversed on the law and facts, with $10 costs, and motion granted, with $10 costs. The delay of over four years after joinder of issue, during which time the cause of action was not noticed for trial, with no reasonable excuse offered for the delay, and without a showing of merit, requires dismissal of the complaint. (*Smith* v. *Schiller*, 279 App. Div. 755; *Giovannucci* v. *Brooklyn & Richmond Ferry Co.*, 278 App. Div. 861, and cases cited therein.) The activity of plaintiff, stirred by the making of the motion to dismiss, does not justify the denial of the motion. (*Fisher Malting Co.* v. *Brown*, 92 App. Div. 251; *Sayers* v. *Leypoldt*, 190 App. Div. 949.) Nolan, P. J., Adel, MacCrate, Beldock and Murphy, JJ., concur.

■

ANNA C. FLOCCHER et al., Appellants, v. ROSE MAGNELLI, Respondent.— In an action to impress a trust on real property, the complaint was dismissed on the merits, after trial. Judgment unanimously affirmed, without costs. No opinion. Present — Wenzel, Acting P. J., MacCrate, Schmidt, Beldock and Murphy, JJ.

■

EDITH HELLER, Appellant, v. PANORAMIC RADIO PRODUCTS, INC., et al., Respondents.— In an action to recover damages for personal injuries, the order appealed from conditionally grants plaintiff's motion to vacate a default and restore a cause to the calendar. Order, insofar as appealed from, modified by striking out the ordering paragraph and by providing in lieu thereof that the action be restored to its place on the calendar as of the time of dismissal. As so modified, order affirmed, without costs. Under the circumstances, the case should be unconditionally restored to its place on the calendar at the time of dismissal. Nolan, P. J., Adel, MacCrate, Beldock and Murphy, JJ., concur.